No. 84–1880. City of Alcoa et al. *v.* Myers, on Behalf of Herself and her Three Minor Children, Dixon et al. C. A. 6th Cir. Certiorari denied.

No. 84–1996. Truck Drivers Local 807, International Brotherhood of Teamsters, Chauffeurs, Warehousemen & Helpers of America, et al. *v.* National Labor Relations Board et al. C. A. 2d Cir. Certiorari denied.

No. 84–6784. Yater *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 84–6821. Grace *v.* Golden et al. C. A. 11th Cir. Certiorari denied.

No. 84–6822. Grace *v.* Wainwright, Secretary, Florida Department of Corrections, et al. C. A. 11th Cir. Certiorari denied.

No. 84–6828. Villanueva *v.* Oklahoma. Ct. Crim. App. Okla. Certiorari denied.

No. 84–6846. Kirby *v.* United States;
No. 84–6935. Greenspun *v.* United States; and
No. 84–6949. Balchaitis *v.* United States. C. A. 3d Cir. Certiorari denied. Reported below: 758 F. 2d 879.

No. 84–6921. Kramsvogel *v.* Wisconsin. Sup. Ct. Wis. Certiorari denied.

No. 84–6952. Kepreos *v.* United States. C. A. 1st Cir. Certiorari denied.

No. 85–71. Locals 666 and 780 of the International Alliance of Theatrical Stage Employees et al. *v.* United States Department of Labor et al. C. A. 7th Cir. Certiorari denied.

No. 85–76. Graham *v.* United States. C. A. 3d Cir. Certiorari denied.

No. 85–81. Christmann & Welborn *v.* United States Department of Energy et al. Temp. Emerg. Ct. App. Certiorari denied.